BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
SEP 04 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 2:12-083 EFB
                                 )
3212 Warwick Court               )  ORDER RE: REQUEST TO UNSEAL
Stockton, California             )  SEARCH WARRANT AND SEARCH
                                 )  WARRANT AFFIDAVIT
                                 )
                                 )
                                 )
                                 )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Aug 31, 2012

GREGORY G. HOLLOWS
United States Magistrate Judge
GREGORY G. HOLLOWS

1